| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Cassling, Donald R. | 2. Court or Organization Northern District of Illinois | 3. Date of Report 05/19/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐   Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

| 7. Chambers or Office Address 219 South Dearborn Street Suite 662 Chicago, IL 60604 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | June 16-19, 2016 | Lake Geneva, Wisconsin | Attendance as panel member on CLE program and attendance of ABI Central States' Board | Hotel and registration |
| 2. | Federal Judicial Conference | June 28-July 1, 2016 | Philadelphia, Pennsylvania | Attendance at Bankruptcy Judges' conference | Hotel |
| 3. | National Conference of Bankruptcy Judges | October 25-29, 2016 | San Francisco, California | Attendance at Bankruptcy Judges conference and board meetings | Hotel |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CNB Bank & Trust, N.A. | Property No. 1 in Homer, Illinois | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - IShares MSCI EAFE Index ETF EFA | C | Dividend | L | T | | | | | |
| 3. - IShares Select Div ETF DVY | E | Dividend | N | T | | | | | |
| 4. - IShares Core S&P 500 ETF IVV | D | Dividend | N | T | | | | | |
| 5. - SPDR S&P Divident ETF SDY | C | Dividend | L | T | | | | | |
| 6. - Vanguard Total Stock Market ETF VTI | D | Dividend | N | T | | | | | |
| 7. - Vanguard MSCI European ETF VGK | C | Dividend | M | T | Buy (add'l) | 11/09/16 | K | | |
| 8. - Vanguard Dividend Appreciation ETF VIG | A | Dividend | K | T | Sold (part) | 08/30/16 | J | A | |
| 9. - AMG Yacktman Fund Service Class YACKX | | | | | Sold (part) | 05/24/16 | L | A | |
| 10. | | | | | Sold | 09/01/16 | L | A | |
| 11. - Blackrock Global Allocation Inst. Class Malox | B | Dividend | M | T | Buy (add'l) | 12/21/16 | J | | |
| 12. - Bank of America, California N.A. RASP | A | Interest | K | T | | | | | |
| 13. - Alliance Berstein Global Bd Fund Inc. AVL CL ANAYX | B | Dividend | L | T | Buy (add'l) | 01/04/16 | J | | |
| 14. | A | | | | Buy (add'l) | 02/01/16 | J | | |
| 15. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 16. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 17. | | | | | Buy (add'l) | 05/02/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 19. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 20. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 21. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 22. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 23. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 24. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 25. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 26. - Alliance Bernstein High Income Fund CL ADV AGDYX | D | Dividend | M | T | Buy (add'l) | 01/04/16 | J | | |
| 27. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 28. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 29. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 30. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 31. | | | | | Buy (add'l) | 06/01/16 | K | | |
| 32. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 33. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 34. | | | | | Buy (add'l) | 09/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 36. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 37. | | | | | Buy (add'l) | 01/01/16 | J | | |
| 38. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 39. - Blackrock Global Long Short Credit Fund C-I BGCIX | | | | | Sold | 09/01/16 | L | A | |
| 40. - Vanguard Total Int'l STK-VXUS | B | Dividend | M | T | Buy (add'l) | 11/09/16 | K | | |
| 41. - Eaton Vance Floating Rate Fund - EIBLX | A | Dividend | L | T | Buy | 12/15/16 | L | | |
| 42. - Vanguard Total Bond Mkt - BND | B | Dividend | M | T | Buy | 01/11/16 | K | | |
| 43. | A | | | | Buy (add'l) | 09/29/16 | L | | |
| 44. | | | | | Buy (add'l) | 11/09/16 | K | | |
| 45. | | | | | | | | | |
| 46. HSA IRA (H) | | | | | | | | | |
| 47. - IShares MSCI EAFE - EFA | A | Dividend | J | T | | | | | |
| 48. - Vanguard Total Stk Mkt - VTI | A | Dividend | K | T | Sold (part) | 08/30/16 | J | A | |
| 49. - Vanguard Dividend Appreciation - VIG | A | Dividend | J | T | Sold (part) | 03/16/16 | J | A | |
| 50. - ML Bank Deposit Program | A | Interest | J | T | | | | | |
| 51. - Vanguard Total Int'l Stk - VXUS | A | Dividend | J | T | Buy (add'l) | 03/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Roth IRA (H) | | | | | | | | | |
| 54. - Vanguard Total Stk Mkt - VTI | A | Dividend | J | T | Buy (add'l) | 06/17/16 | J | | |
| 55. - Vanguard Dividend Appreciation - VIG | A | Dividend | J | T | Sold (part) | 03/16/16 | J | A | |
| 56. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 57. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 58. | | | | | Buy (add'l) | 09/21/16 | J | | |
| 59. | | | | | Sold (part) | 12/28/16 | J | A | |
| 60. - Blackrock Global Allocation - MALOX | A | Dividend | J | T | Buy (add'l) | 03/16/16 | J | | |
| 61. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 62. | | | | | Sold (part) | 09/19/16 | J | A | |
| 63. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 64. - Bank of America RASP | A | Interest | J | T | Buy (add'l) | 09/21/16 | J | | |
| 65. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 66. - Vanguard Total Int'l Stk - VXUS | A | Dividend | J | T | Buy (add'l) | 03/16/16 | J | | |
| 67. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 68. | | | | | Sold (part) | 09/19/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Vanguard Total Bond Mkt - BND | A | Dividend | J | T | Buy (add'l) | 03/16/16 | J | | |
| 70. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 71. - Invesco Equally Weighted S&P 500 Fund - VADDX | A | Dividend | J | T | Buy (add'l) | 06/17/16 | J | | |
| 72. | | | | | Buy (add'l) | 09/21/16 | J | | |
| 73. | | | | | | | | | |
| 74. Brokerage Account (H) | | | | | | | | | |
| 75. - Vanguard Total Stk Mkt - VTI | A | Dividend | K | T | Buy (add'l) | 10/03/16 | J | | |
| 76. | | | | | Sold (part) | 07/12/16 | K | B | |
| 77. - Vanguard Dividend Appreciation - VIG | A | Dividend | K | T | Sold (part) | 10/03/16 | J | A | |
| 78. - Lincoln Am Legacy III & Annuity (Variable) (H) | | | | | | | | | |
| 79. * AF Growth (X) | | None | M | T | Sold (part) | 10/21/16 | J | C | |
| 80. * AF Blchp Inc & Gr (X) | | None | L | T | Sold (part) | 10/21/16 | J | C | |
| 81. * AF Grwth - Inc (X) | | None | M | T | Sold (part) | 10/21/16 | J | C | |
| 82. * AF Int'l (X) | | None | L | T | Sold (part) | 10/21/16 | J | A | |
| 83. * AF Glbl Grwth (X) | | None | M | T | Sold (part) | 10/21/16 | J | A | |
| 84. * AF Asset Alloc (X) | | None | L | T | Sold (part) | 10/21/16 | J | A | |
| 85. - Metlife Series LVA Annuity (Variable) (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. * SSGA Growth ETF Portfolio (X) | | None | M | T | Sold<br>(part) | 02/01/16 | K | A | |
| 87. -ML Bank Deposits Program | A | Interest | N | T | | | | | |
| 88. - Vanguard Total Int'l Stk - VXUS | A | Dividend | K | T | Sold<br>(part) | 10/03/16 | J | A | |
| 89. - Blackrock Global Allocation Fund -<br>MALOX | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 90. | | | | | | | | | |
| 91. Property No. 1 in Homer, IL | F | Rent | P1 | W | | | | | |
| 92. | | | | | | | | | |
| 93. Genworth Life and Annuity universal life<br>insurance policy | C | Interest | L | W | | | | | |
| 94. | | | | | | | | | |
| 95. Chase Bank checking/savings account | A | Interest | K | T | | | | | |
| 96. | | | | | | | | | |
| 97. Secured note for loan made to non-<br>dependent relative (X) | C | Interest | M | V | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 79-84 and line 86 -- The information that no income was received on these items was confirmed to me by my broker.

2. Part VII, line 97 -- When this loan was made in 2015, I created an amortization schedule reflecting the monthly payments of principal and interest due under the note. The value given in column C(2) is the amount of principal remaining due and owing as of 12/31/16 according to that amortization schedule.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald R. Cassling**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544